UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



FILED

2006 MAR 21  P 12: 06

JOSE E. ORTIZ,

    Petitioner,

vs.            Case No. 3:06-cv-145-J-20MMH

STATE OF FLORIDA,

    Respondent.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner filed a Petition for Writ of Habeas Corpus (Doc. #1) on February 15, 2006; however, Petitioner did not pay the $5.00 filing fee or file a request to proceed in forma pauperis within thirty days of the commencement of the action. Thus, pursuant to Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida, this action will be dismissed without prejudice. See also 28 U.S.C. §§ 1914(a), 1915(a)(1).

If Petitioner decides to initiate a new habeas corpus case, he must pay the $5.00 filing fee or file a request to proceed <u>in forma pauperis</u> within thirty days of the commencement of the action.

Accordingly, it is now

**ADJUDGED:**

1. The **Clerk of the Court** shall send Petitioner a form for use in Section 2254 cases and an Affidavit of Indigency form.[1]

2. This Petition is **DISMISSED** without prejudice.

3. The Clerk of the Court shall enter judgment dismissing this case without prejudice.

4. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of March, 2006.

UNITED STATES DISTRICT JUDGE

sc 3/17
c:
Jose E. Ortiz

---

[1] In refiling, Petitioner shall fully complete the habeas corpus petition form for filing in this Court and *either* file an Affidavit of Indigency or pay the $5.00 filing fee. Further, Petitioner shall submit two (2) copies of the petition for service of process upon the Respondents. See Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts.